JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC J. WOLFE,<br><br>    Petitioner,<br><br>    v.<br><br>JIM MCDONNELL,<br><br>    Respondent. | Case No. LA CV 17-05163-VBF-KK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: November 27, 2017

                _Valerie Baker Fairbank_
                Hon. Valerie Baker Fairbank
                Senior United States District Judge